UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DONALD F. GAUBE**, <br>     Plaintiff, <br>     v. <br> **MICHAEL KLEIN, ET AL.**, <br>     Defendants. | Case No. 16-cv-06828-YGR <br><br> **CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed and considered the joint case management statement (Dkt. No. 12), and hereby **SETS** the following case deadlines and trial schedule:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, July 31, 2017 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE TO BE COMPLETED BY: | June 16, 2017 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | April 1, 2017 |
| NON-EXPERT DISCOVERY CUTOFF: | September 1, 2017 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: September 22, 2017 <br> Rebuttal: October 6, 2017 |
| EXPERT DISCOVERY CUTOFF: | October 20, 2017 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | December 12, 2017 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, January 26, 2018 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | February 2, 2018 |
| PRETRIAL CONFERENCE: | Friday, February 16, 2018 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, March 5, 2018 at 8:30 a.m. for ten days (Jury Trial) |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference. The compliance hearing on Friday, January 26, 2018 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

      The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders. The Court further **SETS** a compliance hearing for **Friday, February 17, 2017** at **9:01 a.m.** regarding the parties' review of the Court's Standing Order, including the Court's rules related to the filing of summary judgment motions. By **February 10, 2017**, the parties must file a joint statement indicating affirming that they have reviewed the Court's Standing Order. If compliance is complete, the compliance hearing may be vacated and the parties need not appear.

      IT IS SO ORDERED.

Dated: February 8, 2017

_____
**YVONNE GONZALEZ ROGERS**
UNITED STATES DISTRICT COURT JUDGE