United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DONALD F. GAUBE**, <br><br> Plaintiff, <br><br> v. <br><br> **MICHAEL KLEIN** as Trustee of the 1999 Klein Family Trust**; BEN LEE; CARL CANAPARO; CLAUDIA DeDOMENICO,** as Trustee of the Claudia DeDomenico Mason & Frank Mason Trust**; DAVID RANHOFF; DAVID K. GATES; EDWARD REIVYDAS; ROY YE; HELEN YE; LEDAI, LLC; MITRA ALIZADEH; and KELLY TREVETHAN**, <br><br> Defendants. | Case No.: 16-cv-6828 YGR <br><br> **ORDER STRIKING DEFENDANT'S PRE-FILING CONFERENCE REQUEST LETTER** <br><br> Re: Dkt. No. 37 |

The Court hereby **STRIKES** Defendant's filing at Docket No. 37. The Court's standing order provides:

> The moving party's letter shall be submitted at least seven (7) business days prior to the proposed conference date and must explain the grounds for the motion. The letter shall be no more than three single-spaced pages in length, *including* any attached exhibits or other supporting papers. Within three (3) business days after receipt of the letter, any adversary wishing to oppose the motion must file a written response addressing the substance of the moving party's letter, with a copy to Chambers and the moving party. This response shall also be limited to three single-spaced pages, *including* any attached exhibits or supporting papers.

Standing Order In Civil Cases ¶ 9(a). The Court has not authorized a reply letter, however brief. All parties shall make themselves familiar with the Court's rules and abide by them.

//

//

Further violations may result in the imposition of appropriate sanctions.

**IT IS SO ORDERED**.

Dated: May 9, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**