Gary R. Selvin, State Bar No. 112030
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:    (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:   gselvin@selvinwraith.com

Richard A. Lapping (SBN: 107496)
TRODELLA & LAPPING LLP
540 Pacific Avenue San Francisco, CA 94133
Telephone: (415) 399-1015
Facsimile: (415) 651-9004
Richard@LappingLegal.com

Attorneys for Defendants
Ben Lee, Carl Canaparo, Claudia DeDomenico,
David Ranhoff, David K. Gates, Edward Reivydas,
Ledai, LLC and Kelly Trevethan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD F. GAUBE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL KLEIN as Trustee of the 1999 Klein Family Trust; BEN LEE; CARL CANAPARO; CLAUDIA DeDOMENICO, as Trustee of the Claudia DeDomenico Mason & Frank Mason Trust; DAVID RANHOFF; DAVID K. GATES; EDWARD REIVYDAS; ROY YE; HELEN YE; LEDAI, LLC; MITRA ALIZADEH; and KELLY TREVETHAN,<br><br>    Defendants. | CASE NO.: 4:16-cv-06828-YGR<br><br>**[PROPOSED]** **JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF**<br><br>Complaint Filed:  June 12, 2016 |

### **JUDGMENT**

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that **JUDGMENT** is entered against GAUBE and in favor of each and every Defendant on each cause of action, that the Complaint is dismissed with prejudice, and that this **JUDGMENT** is collateral estoppel and res judicata against Plaintiff, and bars any claims GAUBE may have against any Defendant which in any

1

way relates to or arises out of any Defendant's investment in Classico Foods, LLC.  Each party is to bear its own fees and costs.

Dated: May 26, 2017

_____
Yvonne Gonzalez Rogers
United States District Judge

2
[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF
CASE NO.: 4:16-CV-06828-YGR